UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-22351-GAYLES/TORRES

DORAL CLUB, LLC,

          Plaintiff,

v.

INDIAN HARBOR INSURANCE
COMPANY,

          Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Defendant's Amended Motion for Entitlement to an Award of Costs and Attorney's Fees Pursuant to Rule 54, 68, Florida Statute 768.79 and Florida Rule of Civil Procedure 1.442 (the "Motion"). [ECF No. 77]. The action was referred to Magistrate Judge Edwin Torres for all post-judgment matters. [ECF No. 72]. On February 3, 2025, Judge Torres issued his report recommending that the Motion be granted in part (the "Report"). [ECF No. 81]. No party has objected to the Report.[1]

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

---

[1] On March 12, 2025, Defendant filed a "Request to Adopt Magistrate Torres' Ruling Dated February 3, 2025 on Defendant's Amended Motion for Entitlement." [ECF No. 82].

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report for clear error and agrees with Judge Torres's well-reasoned findings and conclusion that the Motion should be granted in part.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Torres's Report and Recommendation, [ECF No. 81], is **ADOPTED in full**;

(2) Defendant's Amended Motion for Entitlement to an Award of Costs and Attorney's Fees Pursuant to Rule 54, 68, Florida Statute 768.79 and Florida Rule of Civil Procedure 1.442, [ECF No. 77], is **GRANTED in part;**

(3) Defendant Indian Harbor Insurance Company is awarded $170.00 for non-taxable costs and $24,123.00 in attorneys' fees, for a total sum of $24,293.00, for which sum let execution issue; and

(4) Defendant's Request to Adopt Magistrate Torres' Ruling Dated February 3, 2025 on Defendant's Amended Motion for Entitlement is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of April, 2025.

---
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE